IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK D. CHARLESTON,

    Plaintiff,

v.                                  Case No. 4:19cv580-MW/HTC

TRISHA MEGGS PATE
and
JACK CAMPBELL,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 13. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for Plaintiff's failure to state a claim on which relief may be granted and for his failure

1

to follow the orders of this Court. The Clerk shall terminate all pending motions. (ECF Nos. 4 and 5)." The Clerk shall also close the file.

**SO ORDERED on February 13, 2020.**

**s/Mark E. Walker             **
**Chief United States District Judge**
